-EXHIBIT A-

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X

DEBORAH TIRADO and MANUEL DIAZ,

        Plaintiffs,

- against -

THE STOP & SHOP SUPERMARKET COMPANY LLC,

        Defendant.
-------------------------------------------------------------------X

Index No.:
Date Purchased:
**SUMMONS**

Plaintiffs designate Kings
County as the place of trial.

The basis of venue is:
Plaintiffs' Residence

Plaintiffs reside at:
1039 70th Street
Brooklyn, NY 11228
County of Kings

**To the above named Defendant:**

  **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:    Staten Island, New York
      September 26, 2018

                _____
                GLEN DEVORA
                JONATHAN D'AGOSTINO & ASSOCIATES, P.C.
                Attorneys for Plaintiffs
                3309 Richmond Avenue
                Staten Island, New York 10312
                718-967-1600
                Our File No. Q18125-A160101

TO:  THE STOP & SHOP SUPERMARKET COMPANY LLC
    2965 Cropsey Avenue
    Brooklyn, NY 11214
    c/o Secretary of State

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------X
DEBORAH TIRADO and MANUEL DIAZ,

                Plaintiffs,

- against -

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                Defendant.
------------------------------------------------------------------X

Index No.:
Date Purchased:

**VERIFIED COMPLAINT**

Plaintiffs, by their attorneys, JONATHAN D'AGOSTINO & ASSOCIATES, P.C., complaining of the Defendant, respectfully allege, upon information and belief:

<u>AS AND FOR A FIRST CAUSE OF ACTION ON BEHALF OF DEBORAH TIRADO</u>

1. That at the time of the commencement of this action, Plaintiffs resided in the County of Kings, State of New York.

2. That at all times herein mentioned, Defendant THE STOP & SHOP SUPERMARKET COMPANY LLC maintained a residence in the County of Kings, State of New York.

3. That the cause of action alleged herein arose in the County of Kings, City and State of New York.

4. That this action falls within one or more of the exemptions set forth in CPLR §1602.

5. That at all times herein mentioned, Defendant THE STOP & SHOP SUPERMARKET COMPANY LLC was, and still is, a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York having a place of business in New York.

6. That at all times herein mentioned, Defendant THE STOP & SHOP SUPERMARKET COMPANY LLC was, and still is, a foreign corporation duly organized and existing under and by virtue of the laws of the State of New York having a place of business in New York.

7. That at all times herein mentioned, Defendant THE STOP & SHOP SUPERMARKET COMPANY LLC owned 2965 Cropsey Avenue, Brooklyn, New York.

8. That at all times herein mentioned, the aforesaid premises were operated by Defendant THE STOP & SHOP SUPERMARKET COMPANY LLC.

9. That at all times herein mentioned, the aforesaid premises were managed by Defendant THE STOP & SHOP SUPERMARKET COMPANY LLC.

10. That at all times herein mentioned, the aforesaid premises were controlled by Defendant THE STOP & SHOP SUPERMARKET COMPANY LLC.

11. That at all times herein mentioned, the aforesaid premises were maintained by Defendant THE STOP & SHOP SUPERMARKET COMPANY LLC.

12. That at all times hereinafter mentioned, Defendant THE STOP & SHOP SUPERMARKET COMPANY LLC repaired the aforesaid premises.

13. That on January 1, 2016, while Plaintiff was lawfully at the aforesaid location, Plaintiff was caused to sustain severe and permanent injuries.

14. The above mentioned occurrence, and the results thereof, were caused by the negligence of the Defendant and/or said Defendant's agents, servants, employees and/or licensees in the ownership, operation, management, maintenance and control of the aforesaid premises.

15. That no negligence on the part of the Plaintiff contributed to the occurrence alleged herein in any manner whatsoever.

16. That because of the above stated premises, Plaintiff DEBORAH TIRADO was caused to sustain serious injuries and to have suffered pain; that these injuries and their effects will be permanent; and as a result of said injuries Plaintiff has been caused to incur, and will continue to incur, expenses for medical care and attention; and, as a further result, Plaintiff was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

17. That by reason of the foregoing, Plaintiff DEBORAH TIRADO was damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

AS AND FOR A SECOND CAUSE OF ACTION ON BEHALF OF MANUEL DIAZ

18. Plaintiff MANUEL DIAZ repeats, reiterates and realleges each and every allegation contained in the First Cause of Action with the same force and effect as though set forth herein at length.

19. That at all times hereinafter mentioned, Plaintiff MANUEL DIAZ was the spouse of the Plaintiff DEBORAH TIRADO and as such was entitled to the society, services and consortium of his spouse, Plaintiff DEBORAH TIRADO.

20. That by reason of the foregoing, Plaintiff MANUEL DIAZ was deprived of the society, services and consortium of the Plaintiff DEBORAH TIRADO and shall forever be deprived of said society, services and consortium.

21. That by reason of the foregoing, Plaintiff MANUEL DIAZ was damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, Plaintiffs demand judgment against the Defendant herein in an amount which exceeds the jurisdictional limits of the lower courts; altogether with the costs, interest and disbursements of this action.

Dated:         Staten Island, New York
               September 26, 2018

                                      GLEN DEVORA
                                      JONATHAN D'AGOSTINO & ASSOCIATES, P.C.
                                      Attorneys for Plaintiffs
                                      3309 Richmond Avenue
                                      Staten Island, New York 10312
                                      718-967-1600
                                      Our File No. Q18125-A160101

## VERIFICATION BY AFFIDAVIT

STATE OF NEW YORK

                ss:

COUNTY OF

DEBORAH TIRADO, being duly sworn, says:

I am a Plaintiff in the action herein: I have read the annexed **COMPLAINT** and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my personal files.

DATED:    Staten Island, New York

X _____
      DEBORAH TIRADO

Sworn to before me

_____
Notary Public

GLENSY BRIZUELA
NOTARY PUBLIC OF NEW JERSEY
ID # 50009723
My Commission Expires 2/9/2020